O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-7953 (AGRx)*<br>CV 09-3592 (AGRx) | Date | January 14, 2010 |
|---|---|---|---|
| Title | *Lucas, et al. v. Cemex, Inc., et al.*, consolidated with *Lopez, et al. v. Cemex, Inc., et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

   On September 14, 2009, the Court ordered that these cases be consolidated, and ordered Plaintiffs to file a first consolidated complaint in *Rubin Lopez v. Cemex, Inc., et al.*, CV09-3592-AHM (AGRx) by not later than September 28, 2009. The Court further ordered the parties, after filing to the first consolidated complaint, to stipulate to the dismissal of *Joseph R. Lucas, et al. v. Cemex, Inc., et al.*, CV08-7953-AHM (AGRx). Plaintiffs subsequently filed their First Consolidated Complaint. (*See* Docket No. 40, *Rubin Lopez v. Cemex, Inc., et al.*, CV09-3592-AHM.) Accordingly, in light of Plaintiffs having filed their First Consolidated Complaint, the Court DISMISSES Case No. CV08-7953-AHM pursuant to its September 14, 2009 Order.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

**JS-6**